Submitted September 5, reversed October 15, 2008

In the Matter of S. M. T.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## S. M. T.,
*Appellant.*

Multnomah County Circuit Court
050766701; A129432

195 P3d 470

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of the trial court's order of civil commitment, arguing that the evidence was not clear and convincing that, because of her mental disorder, she is a danger to herself or unable to provide for her basic needs. ORS 426.005(1)(d). The state concedes the error. On *de novo* review, *State v. Miller*, 198 Or App 153, 155, 107 P3d 683 (2005), we agree that the evidence is legally insufficient to support an order of civil commitment.

Reversed.